LORI E. PEGG, Acting County Counsel (S.B. #129073)
KARL A. SANDOVAL, Deputy County Counsel (S.B. #170190)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, and MARTY FENSTERSHEIB

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| ALMA BURRELL, VICKYE HAYTER, MARGARET HEADD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, MARTY FENSTERSHEIB AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>Defendants. | No. CV11-04569 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |

The parties in the above-captioned case and the appointed evaluator submit this stipulation to continue the deadline to complete the Early Neutral Evaluation. The requested extension is based on the following grounds.

On May 9, 2012, the Court held an initial case management conference, after which the case was referred to an Early Neutral Evaluation (ENE). On May 16, 2012, the court appointed an evaluator, Thomas Gosselin. Pursuant to ADR Local Rule 5-4(b), the deadline to complete the ENE is currently August 7, 2012.

On June 5, 2012, the parties and the appointed evaluator agreed to an ENE session on July 17, 2012. On July 16, 2012, however, Plaintiffs' counsel indicated that the ENE would have to be rescheduled because they were in a trial that began on that date in the Superior Court of the State of

1 California for the County of Sacramento.

2  The appointed evaluator has indicated that he has scheduling conflicts between now and
3 August 7, 2012, and requested the parties to prepare a stipulation to extend the ENE deadline.

4  Accordingly, the parties stipulate to continue the deadline to complete the ENE to September
5 28, 2012.

6

7  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
"conformed" signature (/S/) within this efiled document.
8

           LORI E. PEGG
9            ACTING COUNTY COUNSEL

10

11 Dated: July 27, 2012      By: _____/S/_____
           MELISSA R. KINIYALOCTS
12            Deputy County Counsel

13            Attorneys for Defendants
           COUNTY OF SANTA CLARA, DAN
14            PEDDYCORD, RAE WEDEL, and MARTY
           FENSTERSHEIB
15

16            LAW OFFICES OF BONNER & BONNER

17

18 Dated: July 26, 2012      By: _____/S/_____
           CABRAL BONNER, ESQ.
19

20            Attorneys for Plaintiffs
           ALMA BURRELL, VICKYE HAYTER, and
           MARGARET HEADD
21

22            TERAOKA & PARTNERS LLP

23

24 Dated: July 24, 2012      By: _____/S/_____
           THOMAS M. GOSSELIN, ESQ.
25            Evaluator

26

27

28

2

Stipulation and [Proposed] Order to             CV11-04569 LHK
Continue Deadline to Complete ENE

## ~~PROPOSED~~ ORDER

The deadline to complete the ENE in this case is continued to September 28, 2012.

**IT IS SO ORDERED.**

Dated: August 1, 2012

_Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Court Judge