1  LORI E. PEGG, Acting County Counsel (S.B. #129073)
   KARL A. SANDOVAL, Acting Lead Deputy County Counsel (S.B. #170190)
2  MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California  95110-1770
4  Telephone: (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA, DAN
   PEDDYCORD, RAE WEDEL, and MARTY
7  FENSTERSHEIB

8

9                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              (San Jose)

11

12  ALMA BURRELL, VICKYE HAYTER,          No.     CV11-04569 LHK
    MARGARET HEADD,
13                                        **FURTHER JOINT CASE MANAGEMENT
                Plaintiffs,               STATEMENT**
14
    v.
15                                        Date:    August 8, 2012
    COUNTY OF SANTA CLARA, DAN            Time:    2:00 p.m.
16  PEDDYCORD, RAE WEDEL, MARTY           Crtrm.:  8, 4th Floor
    FENSTERSHEIB AND DOES 1 THROUGH 50    Judge:   Lucy H. Koh
17  INCLUSIVE,

18              Defendants.

19

20    The parties to the above-entitled action submit this Joint Case Management Statement for the

21  further case management conference set for August 8, 2012.

22  **1.    ADR Update**

23    The case was referred to Early Neutral Evaluation ("ENE"), which was to be completed by

24  August 7, 2012.  On June 5, 2012, the parties and the appointed evaluator agreed to an ENE session

25  on July 17, 2012.  On July 16, 2012, however, Plaintiffs' counsel indicated that the ENE would have

26  to be rescheduled because they were in a trial that began on that date in the Superior Court of the

27  / /

28  / /

1

State of California for the County of Sacramento.[1] The evaluator has indicated that he has scheduling conflicts between now and August 7, 2012, and requested the parties to prepare a stipulation to extend the ENE deadline. On July 27, 2012, the parties and the evaluator filed a stipulation to continue the deadline to complete the ENE to September 28, 2012.

**2. Discovery Update**

    A.   <u>Written Discovery</u>

In response to the Court's May 9, 2012, Case Management Order, on May 10, 2012, Plaintiffs served their responses to Defendants' interrogatories and demands for production of documents. On May 14, 2012, Plaintiffs served verifications for their responses to Defendants' interrogatories and their initial disclosures. Further, on May 15, 2012, Plaintiffs provided supplemental responses to Defendants' demands for production of documents.

    B.   <u>Depositions</u>

On June 9, 2012, Defendants began the deposition of Plaintiff Alma Burrell. The second session of the deposition, which took place on July 31, 2012, was cut short at the request of Plaintiffs' counsel due to personal reasons. The third and final session of Ms. Burrell's deposition has not yet been scheduled.

Plaintiff Vickye Hayter's deposition was scheduled for July 16, 2012. Defendants noticed the deposition on May 25, 2012, after meeting and conferring with Plaintiffs' counsel about availability. On July 10, 2012, Plaintiffs' counsel informed Defendants that Hayter's deposition would not proceed on July 16th due to a trial scheduled for that date in Sacramento.[2] Hayter's deposition has been re-noticed for August 14, 2012, but Plaintiffs' counsel now object to the deposition going forward on that date and has requested that it be re-scheduled to August 7, 2012.

//

---

[1] Case No. 34-2009-00065937. Notably, Defendants' motion for summary judgment in that case, which was filed on March 28, 2012, indicated a July 16, 2012 trial date. Plaintiffs' counsel did not inform Defendants' counsel or the evaluator at the time the ENE was scheduled that they had a trial scheduled on the date set for the ENE.

[2] Again, at the time the parties met and conferred on dates for Hayter's deposition, Plaintiffs' counsel did not indicate that they had a trial scheduled in Sacramento on July 16, 2012, nor did they mention that the trial date had been set since at least March 28, 2012.

2

On July 25, 2010, Defendants began the deposition of Plaintiff Margaret Headd. At the request of Plaintiffs' counsel, the session lasted only half a day. At the deposition, Plaintiffs' counsel directed Ms. Headd on HIPAA grounds not to answer any questions regarding the nature of Ms. Headd's claimed medical condition, which condition was put at issue by the Complaint. Defendants believe that it may be necessary to file a discovery motion if Plaintiffs' counsel does not withdraw his objection. The next session of Ms. Headd's deposition has not yet been scheduled.

Fact discovery cutoff is November 16, 2012. Given Plaintiffs' counsel's scheduling difficulties, the parties foresee a possible need to request an extension of the discovery cutoff. Despite diligent efforts on the part of Defendants to complete the depositions of Plaintiffs, their attorneys have had scheduling issues that have prevented the depositions from being completed. Moreover, Plaintiffs have conducted no discovery to date despite bringing 10 causes of action on behalf of three current County employees against the County and three individual Defendants.

**3. Dispositive Motions**

The Case Management Order indicated that dispositive motions shall be filed by January 24, 2013, and set for hearing no later than February 28, 2013, at 1:30 p.m. The order further indicated that each side shall be limited to one 25-page motion for summary judgment. Defendants request permission to file separate motions for summary judgment for each Plaintiff or allow Defendants to file a brief that exceeds the 25-page limit. The basis for this request is that are three separate Plaintiffs with different factual issues. As a result, there will be different declarations and supporting documents for each plaintiff. Accordingly, separate motions will result in more clarity in the presentation of the issues and evidence.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.

3                                              LORI E. PEGG
                                                ACTING COUNTY COUNSEL
4

5  Dated: August 1, 2012           By:  _____/S/_____
                                        MELISSA R. KINIYALOCTS
6                                       Deputy County Counsel

7                                       Attorneys for Defendants
                                        COUNTY OF SANTA CLARA, DAN
8                                       PEDDYCORD, RAE WEDEL, and MARTY
                                        FENSTERSHEIB
9

10

11                                      LAW OFFICES OF BONNER & BONNER

12

13 Dated: August 1, 2012            By:  _____/S/_____
                                         CHARLES A. BONNER, ESQ.
14
                                         Attorneys for Plaintiffs
15                                       ALMA BURRELL, VICKYE HAYTER, and
                                         MARGARET HEADD
16

17

18

19

20

21

22

23

24

25

26

27

28  613154.DOC