UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA BURRELL, VICKYE HAYTER, MARGARET HEADD<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, MARTY FENSTERSHEIB AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No.: 11-CV-04569-LHK<br><br>ORDER RE: REQUESTED SCHEDULE CHANGE |

The parties have requested that the Court extend the deadlines for expert discovery and continue the pretrial conference and trial dates. ECF No. 29. The parties have explained that difficulty in scheduling depositions, combined with the large quantity of documents produced, has slightly delayed the discovery process. Accordingly, the parties' request to extend expert discovery deadlines is GRANTED.

The parties have not, however, provided any good reason why the trial date should be continued. The change to the expert discovery schedule has not altered the time between summary judgment and trial, and the parties have offered no reason why they need to alter the trial date of April 29, 2013, which has been on the calendar since the initial case management conference on May 9, 2012. In any event, the Court's trial schedule cannot accommodate such a change. Accordingly, the parties' request to continue the pretrial conference and trial dates is DENIED.

The case schedule is altered as follows:

EXPERT DISCOVERY:

     Opening Expert Reports: December 28, 2012
     Rebuttal Reports: January 11, 2013
     Expert Discovery Cut-off: January 25, 2013

DISPOSITIVE MOTIONS shall be filed by January 24, 2013, and set for hearing no later than February 28, 2013 at 1:30 p.m. Each side shall be limited to one 25-page motion for summary judgment.

PRETRIAL CONFERENCE DATE is April 10, 2013, at 2 p.m.

JURY TRIAL DATE is April 29, 2013, at 9 a.m. in courtroom 8, 4th floor.

**IT IS SO ORDERED.**

Dated: November 28, 2012

                                        LUCY H. KOH
                                        United States District Judge

Case No.: 11-CV-04569-LHK
ORDER RE: REQUESTED SCHEDULE CHANGE