1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT
8                      NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

10   ALMA BURRELL, VICKYE HAYTER,        )   Case No.: 11-CV-04569-LHK
     MARGARET HEADD                      )
11                                       )
                     Plaintiffs,         )
12         v.                            )   ORDER RE: REQUESTED SCHEDULE
                                         )   CHANGE
13   COUNTY OF SANTA CLARA, DAN          )
     PEDDYCORD, RAE WEDEL, MARTY         )
14   FENSTERSHEIB AND DOES 1 THROUGH     )
     50, INCLUSIVE,                      )
15                                       )
                     Defendants.         )
16   _____ )

17         Plaintiffs have filed an ex parte application to extend time to file oppositions to defendants'

18   motion for summary judgment and motion to sever.  ECF No. 42.  Defendants filed an opposition.

19   ECF No. 45.

20         The Court notes that it has already granted the parties one set of extensions on their

21   discovery deadlines.  *See* ECF No. 30.  Plaintiffs have provided no reason, beyond the volume of

22   work involved in opposing the motions, why an extension is now appropriate.  Moreover,

23   extending the briefing deadlines would require a new hearing date, which the Court's schedule

24   cannot accommodate, and which would interfere with preparation for the April 29, 2013 trial.

25   Accordingly, Plaintiffs' motion to extend time to file oppositions is DENIED.

26   **IT IS SO ORDERED.**

27   Dated: February 5, 2012                   _____

28                                             LUCY H. KOH
                                               United States District Judge

**United States District Court**
For the Northern District of California