**United States District Court**
For the Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALMA BURRELL, VICKYE HAYTER, MARGARET HEADD | ) ) ) | Case No.: 11-CV-04569-LHK |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER CONTINUING HEARING |
| COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, MARTY FENSTERSHEIB AND DOES 1 THROUGH 50, INCLUSIVE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The case management conference and hearing on Defendants' Motion for Summary Judgment, which were scheduled for February 28, 2013, are hereby CONTINUED to April 4, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: February 25, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-04569-LHK
ORDER CONTINUING HEARING