LORI E. PEGG, Acting County Counsel (S.B. #129073)
KARL A. SANDOVAL, Lead Deputy County Counsel (S.B. #170190)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, and
MARTY FENSTERSHEIB

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| ALMA BURRELL et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.,<br><br>Defendants. | No.   CV11-04569 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE** |

The parties, through their respective counsel, stipulate to continue the April 10, 2013 Pretrial Conference and the April 29, 2013 Trial date on the following grounds:

1.   In the parties' initial Joint Case Management Statement they proposed a fact discovery cut-off on May 31, 2013, and the final date to hear dispositive motions on June 27, 2013.  The parties also proposed scheduling the Pretrial Conference on September 18, 2013, and Trial on October 21, 2013.

2.   During the initial Case Management Conference on May 9, 2012, the Court ordered fact discovery cut-off on November 23, 2012, and that dispositive motions were to be filed by January 24, 2013, and set for hearing no later than February 28, 2013.  The Court also set the Pretrial Conference on April 10, 2013, and Trial on April 29, 2013.

3.   Thereafter, the parties conducted discovery, which included (among other things) taking depositions of all three Plaintiffs in multiple parts between June and November 2012, subpoenaing

Plaintiffs' medical records, and deposing Plaintiffs' providers.  Plaintiffs took the depositions of Defendants and one other witness, Dolores Alvarado.  The parties also completed written discovery, which required Plaintiffs to respond to extensive interrogatories and demands for production of documents and Defendants to gather thousands of pages of documents from multiple County departments to produce in response to Plaintiffs' demands for production of documents.

4.   Defendants complied with the Court's Case Management Order and filed their motion for summary judgment as to all 10 causes of action on January 24, 2013, and set it for hearing on February 28, 2013.  Defendants also filed a motion to sever[1] Plaintiff Margaret Headd on January 24, 2013, and set it for hearing on February 28, 2013.

5.   On February 25, 2013, the Court issued an order continuing the hearing on Defendants' motion for summary judgment and motion to sever to April 4, 2013.  The order did not mention the Pretrial Conference or Trial date.

6.   Under the Court's standing order for trials, the parties must meet and confer about settlement, preparation for the Joint Pretrial Statement, preparation and exchange of pretrial materials, and clarifying and narrowing the contested issues for trial by March 21, 2013.  The parties are required to lodge and serve their Joint Pretrial Statement and Order, trial exhibits, and motions in limine by March 27, 2013.  Both the March 21, 2013 and March 27, 2013 deadlines occur well before the April 4, 2013 hearing on Defendants' motion for summary judgment and motion to sever Plaintiff Headd.

7.   The parties agree that the Court's order on the pending motion for summary judgment may significantly impact the scope of facts and issues that remain for trial.  Moreover, the Court's order on the pending motion to sever may result in two trials.  The parties are presently in the position, however, of preparing for the March 21 and 27, 2013 deadlines, and for trial, without knowing which claims and issues, if any, will remain for trial and whether there will be one or two

---

[1] Notably, during the initial Case Management Conference the Court inquired about whether Plaintiffs were properly joined in this action. Defendants decided to file a motion to sever Plaintiff Headd after completing discovery, and learned that the first available date to have the motion heard was February 28, 2013, the same date as the hearing on their motion for summary judgment.

1  trials.

2      8.    The parties further agree that the interests of conserving litigation resources and judicial

3  economy weigh in favor of continuing the Pretrial Conference and Trial date.  As such, the parties

4  agree and respectfully request that the Court continue the Pretrial Conference to May 8, 2013, and

5  the Trial date to May 28, 2013.

6      I hereby attest that I have on file all holograph signatures for any signatures indicated by a

7  "conformed" signature (/S/) within this efiled document.

                                        LORI E. PEGG
                                        ACTING COUNTY COUNSEL

Dated:  February 26, 2013         By:          /S/
                                        MELISSA R. KINIYALOCTS
                                        Deputy County Counsel

                                        Attorneys for Defendants
                                        COUNTY OF SANTA CLARA, DAN
                                        PEDDYCORD, RAE WEDEL, and MARTY
                                        FENSTERSHEIB

                                        LAW OFFICES OF BONNER & BONNER

Dated:  February 28, 2013         By:          /S/
                                          CHARLES A. BONNER

                                        Attorneys for Plaintiffs
                                        ALMA BURRELL, VICKYE HAYTER, and
                                        MARGARET HEADD


## [~~PROPOSED~~] ORDER

The Pretrial Conference is continued to ~~May 8, 2013, and the Trial date is continued to May 28, 2013.~~  May 2, 2013.  The trial will remain as set for May 2, 2013.

Dated:  March 5, 2013                                          /s/ Lucy H. Koh
                                                          HONORABLE LUCY H. KOH
                                                          United States District Court Judge