1  LORI E. PEGG, Acting County Counsel (S.B. #129073)
   KARL A. SANDOVAL, Lead Deputy County Counsel (S.B. #170190)
2  MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California  95110-1770
4  Telephone: (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA, DAN
   PEDDYCORD, RAE WEDEL, and
7  MARTY FENSTERSHEIB

8

9             UNITED STATES DISTRICT COURT
           FOR NORTHERN DISTRICT OF CALIFORNIA
10                    (San Jose)

11

12  ALMA BURRELL et al.,                    No.    CV11-04569 LHK

           Plaintiffs,                      **STIPULATION AND [PROPOSED] ORDER
13                                          TO CONTINUE PRETRIAL CONFERENCE
    v.                                      AND TRIAL DATE** [AMENDED]
14
    COUNTY OF SANTA CLARA et al.,
15
           Defendants.
16

17      The parties, through their respective counsel, stipulate to continue the April 10, 2013 Pretrial

18  Conference and the April 29, 2013 Trial date on the following grounds:

19      1.   In the parties' initial Joint Case Management Statement they proposed a fact discovery

20  cut-off on May 31, 2013, and the final date to hear dispositive motions on June 27, 2013.  The

21  parties also proposed scheduling the Pretrial Conference on September 18, 2013, and Trial on

22  October 21, 2013.

23      2.   During the initial Case Management Conference on May 9, 2012, the Court ordered fact

24  discovery cut-off on November 23, 2012, and that dispositive motions were to be filed by January

25  24, 2013, and set for hearing no later than February 28, 2013.  The Court also set the Pretrial

26  Conference on April 10, 2013, and Trial on April 29, 2013.

27      3.   Thereafter, the parties conducted discovery, which included (among other things) taking

28  depositions of all three Plaintiffs in multiple parts between June and November 2012, subpoenaing

Plaintiffs' medical records, and deposing Plaintiffs' providers. Plaintiffs took the depositions of Defendants and one other witness, Dolores Alvarado. The parties also completed written discovery, which required Plaintiffs to respond to extensive interrogatories and demands for production of documents and Defendants to gather thousands of pages of documents from multiple County departments to produce in response to Plaintiffs' demands for production of documents.

      4.    Defendants complied with the Court's Case Management Order and filed their motion for summary judgment as to all 10 causes of action on January 24, 2013, and set it for hearing on February 28, 2013. Defendants also filed a motion to sever[1] Plaintiff Margaret Headd on January 24, 2013, and set it for hearing on February 28, 2013.

      5.    On February 25, 2013, the Court issued an order continuing the hearing on Defendants' motion for summary judgment and motion to sever to April 4, 2013. The order did not mention the Pretrial Conference or Trial date.

      6.    Under the Court's standing order for trials, the parties must meet and confer about settlement, preparation for the Joint Pretrial Statement, preparation and exchange of pretrial materials, and clarifying and narrowing the contested issues for trial by March 21, 2013. The parties are required to lodge and serve their Joint Pretrial Statement and Order, trial exhibits, and motions in limine by March 27, 2013. Both the March 21, 2013 and March 27, 2013 deadlines occur well before the April 4, 2013 hearing on Defendants' motion for summary judgment and motion to sever Plaintiff Headd.

      7.    The parties agree that the Court's order on the pending motion for summary judgment may significantly impact the scope of facts and issues that remain for trial. Moreover, the Court's order on the pending motion to sever may result in two trials. The parties are presently in the position, however, of preparing for the March 21 and 27, 2013 deadlines, and for trial, without knowing which claims and issues, if any, will remain for trial and whether there will be one or two

---

[1] Notably, during the initial Case Management Conference the Court inquired about whether Plaintiffs were properly joined in this action. Defendants decided to file a motion to sever Plaintiff Headd after completing discovery, and learned that the first available date to have the motion heard was February 28, 2013, the same date as the hearing on their motion for summary judgment.

1  trials.

2      8.    The parties further agree that the interests of conserving litigation resources and judicial economy weigh in favor of continuing the Pretrial Conference and Trial date.  As such, the parties agree and respectfully request that the Court continue the Pretrial Conference to May 8, 2013, and the Trial date to May 28, 2013.

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                              LORI E. PEGG
                              ACTING COUNTY COUNSEL

Dated: February 26, 2013        By:        /S/
                              MELISSA R. KINIYALOCTS
                              Deputy County Counsel

                              Attorneys for Defendants
                              COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, and MARTY FENSTERSHEIB

                              LAW OFFICES OF BONNER & BONNER

Dated: February 28, 2013        By:        /S/
                              CHARLES A. BONNER

                              Attorneys for Plaintiffs
                              ALMA BURRELL, VICKYE HAYTER, and MARGARET HEADD

## [~~PROPOSED~~] ORDER  [AMENDED]

The Pretrial Conference is continued to ~~May 8, 2013, and the Trial date is continued to May 28, 2013.~~  May 2, 2013, and the Trial date is continued to May 6, 2013.

Dated: March 6, 2013                              /s/ Lucy H. Koh
                                              HONORABLE LUCY H. KOH
                                              United States District Court Judge