UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA BURRELL, VICKYE HAYTER, MARGARET HEADD <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, MARTY FENSTERSHEIB AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No.: 11-CV-4569-LHK <br><br> ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE |

At the April 4, 2013 hearing on Defendants' Motion for Summary Judgment, both parties indicated that they are amenable to participating in a Magistrate Judge Settlement Conference. The parties are hereby referred to Magistrate Judge Howard R. Lloyd to conduct a Settlement Conference. The parties shall immediately contact Judge Lloyd's Court Clerk, Patty Cromwell, to schedule a Settlement Conference.

As set forth at the April 4, 2013 hearing, the parties shall meet and confer on April 8, 2013, and file a Settlement Status Report by April 9, 2013.

1

Case No.: 11-CV-04569-LHK
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE

**IT IS SO ORDERED.**

Dated: April 5, 2013

_____
LUCY H. KOH
United States District Judge