UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALMA BURRELL, VICKYE HAYTER, MARGARET HEADD, | ) ) ) | Case No.: 11-CV-4569-LHK |
| Plaintiffs, | ) ) ) | ORDER RE: PENDING MOTIONS AND TRIAL |
| v. | ) ) | |
| COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, MARTY FENSTERSHEIB AND DOES 1 THROUGH 50, INCLUSIVE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Presently before the Court are Defendants' Motion for Summary Judgment, ECF No. 32, Defendants' Motion to Sever Plaintiff Headd ("Motion to Sever"), ECF No. 31, and Defendants' Motion to Exclude Amy Oppenheimer's Expert Reports and Testimony ("Motion to Exclude"), ECF No. 48. A hearing was held on April 4, 2013. Having considered the submissions of the parties, the relevant law, and the arguments of the parties, the Court intends to rule as follows:

The Court will DENY Defendants' Motion for Summary Judgment as to the Third Cause of Action by Plaintiff Burrell against Defendant County, "Discrimination-Disparate Treatment," and as to Plaintiff Burrell's Second Cause of Action against Defendant County, "Failure to Protect from Discrimination under FEHA." The Court will GRANT Defendants' Motion for Summary

Judgment as to all remaining causes of action. Accordingly, Defendants' Motion to Sever Plaintiff Headd is DENIED as moot. Even considering Amy Oppenheimer's Expert Reports and Testimony, the Court finds that summary judgment in Defendants' favor as set forth above is appropriate. Accordingly, the Court need not reach Defendants' Motion to Exclude. The Court will issue an order shortly.

For the trial in this case, which will begin on Monday, May 6, 2013, the Court will empanel eight jurors. Each side will have three peremptory challenges.

In light of the Court's intended ruling, by Wednesday, May 1, 2013 at noon, the parties shall file their revised estimate of the jury trial length, and shall identify which motions in limine are mooted or amended.

By Thursday, May, 2, 2013, at 9:30 a.m., the parties shall file revised verdict forms and jury instructions.

By Thursday, May 2, 2013, at noon, the parties shall engage in settlement discussions.

**IT IS SO ORDERED.**

Dated: April 30, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge