1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALMA BURRELL, VICKYE HAYTER, MARGARET HEADD, | ) ) ) | Case No.: 11-CV-4569-LHK |
| Plaintiffs, | ) ) | ORDER ON CERTAIN MOTIONS IN LIMINE FILED BY DEFENDANTS |
| v. | ) ) | |
| COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, MARTY FENSTERSHEIB AND DOES 1 THROUGH 50, INCLUSIVE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Having reviewed the filings of the parties and the record in this case, the Court rules as follows:

Defendants' Motion in Limine No. 1 to Exclude Witnesses from the Courtroom When Not Testifying. ECF No. 76. Plaintiffs filed no opposition. The Court GRANTS this motion.

Defendants' Motion in Limine No. 3 to Exclude Evidence of Settlement Offers, Discussions, and Negotiations. ECF No. 76. Plaintiffs filed no opposition. The Court GRANTS this motion.

1    Defendants' Motion in Limine No. 4 to Exclude Evidence of the County's Financial

2    Condition or Insurance Coverage.  ECF No. 76.  Plaintiffs filed no opposition.  The Court

3    GRANTS this motion.

4    Defendants' Motion in Limine No. 5 to Exclude Evidence that the County of Santa Clara

5    May Pay Any Judgment Entered Against Individual Employee Defendants.  ECF No. 76.  Plaintiffs

6    filed no opposition.  The Court GRANTS this motion.

7    Defendants' Motion in Limine No. 6 to Exclude Evidence that the County Has the

8    Discretion to Pay any Punitive Damages Awarded Against the Individual Defendants.  ECF No.

9    76.  Plaintiffs filed no opposition.  The Court GRANTS this motion.

10    Defendants' Motion in Limine No. 7 to Exclude Evidence of Individual Defendants'

11    Financial Condition and Punitive Damages During the Liability Phase of Trial.  ECF No. 76.

12    Plaintiffs filed no opposition.  The Court GRANTS this motion.

13    Defendants' Motion in Limine No. 8 to Exclude Third-Party Complaints to the

14    EEOC/DFEH and the County's Equal Opportunity Division.  ECF No. 76.  Plaintiffs filed no

15    opposition.  The Court GRANTS this motion.

16    Defendants' Motion in Limine No. 12 to Exclude Evidence of Defendants' Personal

17    Experience with Discrimination.  Defendants contend that Fenstersheib's deposition testimony

18    about whether he has experienced discrimination is improper.  ECF No. 76.  Plaintiffs assert that

19    Fenstersheib's own experience with discrimination is relevant to his knowledge of workplace

20    discrimination and reasonable responses to allegations of discrimination in his role as a manager.

21    ECF No. 80.  The Court DENIES this motion.

22    Defendants' Motion in Limine No. 13 to Exclude Evidence of Plaintiffs' Time-Barred

23    Retaliation Claims.  ECF No. 76.  Plaintiff opposed the motion.  ECF No. 80.  For the reasons that

24    will be stated in the Court's order on Defendants' motion for summary judgment and pursuant to

25    Federal Rule of Evidence 403, the Court GRANTS this motion.

26    Defendants' Motion in Limine No. 16 to Exclude Evidence of Other Cases Brought by

27    Plaintiffs' Counsel.  ECF No. 76.  Plaintiffs filed no opposition.  The Court GRANTS this motion.

28

United States District Court
For the Northern District of California

2

United States District Court
For the Northern District of California

1  Defendants' Motion in Limine No. 17 to Exclude Evidence of Civil Grand Jury Reports.  ECF No.

2  76.  Plaintiffs filed no opposition.  The Court GRANTS this motion.

3      Defendants' Motion in Limine No. 18 to Exclude Evidence of Alma Burrell's

4  Discrimination Claims Based on Gender and Age.  ECF No. 76.  Plaintiffs filed no opposition.  For

5  the reasons that will be stated in the Court's order on Defendants' motion for summary judgment

6  and pursuant to Federal Rule of Evidence 403, the Court GRANTS this motion.

7      Defendants' Motion in Limine No. 19 to Exclude Evidence of Alma Burrell's 2002

8  Reclassification and Alleged Decrease in Salary as a Result of the Reclassification.  ECF No. 76.

9  Plaintiffs filed an opposition.  ECF No. 80.  The Court finds this evidence relevant and DENIES

10  this motion.

11      Defendants' Motion in Limine No. 20 to Exclude Evidence Regarding Alma Burrell's 2008

12  Classification Review.  ECF No. 76.  Plaintiffs filed an opposition.  ECF No. 80.  The Court finds

13  this evidence relevant to Plaintiff Burrell's disparate treatment claim and DENIES this motion.

14      Defendants' Motion in Limine No. 21 to Exclude Evidence That Jim McPherson Was

15  Transferred Into a Senior Health Care Program Manager Position in 2008.  ECF No. 76.  Plaintiffs

16  filed an opposition.  ECF No. 80.  The Court finds this evidence relevant to Plaintiff Burrell's

17  disparate treatment claim and DENIES this motion.

18      Defendants' Motion in Limine No. 23 to Exclude Evidence of Human Resources Analyst

19  Kathy Buchanan's Alleged 2006 Comments Regarding Plaintiff Vickye Hayter's Maternity Leave.

20  ECF No. 76.  Plaintiffs filed an opposition.  ECF No. 80.  For the reasons that will be stated in the

21  Court's order on Defendants' motion for summary judgment and pursuant to Federal Rule of

22  Evidence 403, the Court GRANTS this motion.

23      Defendants' Motion in Limine No. 25 to Exclude Evidence that Plaintiff Vickye Hayter

24  Went Into Preterm Labor.  ECF No. 76.  Plaintiffs filed an opposition.  ECF No. 80.  For the

25  reasons that will be stated in the Court's order on Defendants' motion for summary judgment and

26  pursuant to Federal Rule of Evidence 403, the Court GRANTS this motion.

27

28

Case No.: 11-CV-04569-LHK
ORDER ON CERTAIN MOTIONS IN LIMINE FILED BY DEFENDANTS

1   Defendants' Motion in Limine No. 30 to Exclude Evidence of a Private Investigator's

2   Unauthorized Contact with Plaintiff Vickye Hayter.  ECF No. 76.  Plaintiff filed an opposition.

3   ECF No. 80.  Pursuant to Federal Rule of Evidence 403, the Court GRANTS this motion.

4        Defendants' Motion in Limine No. 31 to Exclude Evidence of Plaintiff Vickye Hayter's

5   Complaints about Her Current Manager.  ECF No. 76.  Plaintiffs filed no opposition.  The Court

6   GRANTS this motion.

7        Defendants' Motion in Limine No. 32 to Exclude Defendant Rae Wedel's Alleged

8   Comment About the Percentage of the County Population That Is African-American.  ECF No. 76.

9   Plaintiffs filed an opposition.  ECF No. 80.  The Court finds this evidence relevant and DENIES

10  this motion.

11       Defendants' Motion in Limine No. 34 to Exclude Evidence of Defendant Rae Wedel's

12  Request for One Year of Retroactive Pay for Public Health Nurse.  ECF No. 76.  Plaintiffs filed an

13  opposition.  ECF No. 80.  The Court finds this evidence relevant and DENIES this motion.

14       Defendants' Motion in Limine No. 35 to Exclude Evidence of Defendants' Alleged Failure

15  to Provide Reasonable Accommodation to Plaintiff Margaret Headd.  ECF No. 76.  Plaintiffs filed

16  an opposition.  ECF No. 80.  For the reasons that will be stated in the Court's order on Defendants'

17  motion for summary judgment and pursuant to Federal Rule of Evidence 403, the Court GRANTS

18  this motion.

19       Defendants' Motion in Limine No. 36 to Exclude Evidence of Positions for Which Plaintiff

20  Margaret Headd Did Not Apply.  ECF No. 76.  Plaintiffs filed an opposition.  ECF No. 80.  For the

21  reasons that will be stated in the Court's order on Defendants' motion for summary judgment and

22  pursuant to Federal Rule of Evidence 403, the Court GRANTS this motion.

23  **IT IS SO ORDERED.**

24  Dated: April 30, 2013            *Lucy H. Koh*

                                         

25             LUCY H. KOH

           United States District Judge

26

27

28

Case No.: 11-CV-04569-LHK
ORDER ON CERTAIN MOTIONS IN LIMINE FILED BY DEFENDANTS