**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA BURRELL, VICKYE HAYTER, MARGARET HEADD,<br><br>             Plaintiffs,<br>      v.<br><br>COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, MARTY FENSTERSHEIB AND DOES 1 THROUGH 50, INCLUSIVE,<br>             Defendants. | Case No.: 11-CV-4569-LHK<br><br>ORDER TO FILE NOTICE OF APPEARANCE |

Plaintiff's Identification of Parties, Counsel, and Witnesses, ECF No. 117, identifies Jared Matheson as an attorney representing Plaintiff. By 5:00 p.m. on May 4, 2013, Mr. Matheson shall file a notice of appearance, register on ECF, and confirm that he is admitted to practice before the U.S. District Court of the Northern District of California.

**IT IS SO ORDERED.**

Dated: May 3, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-04569-LHK
ORDER TO FILE NOTICE OF APPEARANCE