**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALMA BURRELL, | ) | No. 11-CV-04569-LHK |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF SANTA CLARA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that lunch shall be provided in the above entitled matter at the

expense of the United States District Court through Erik's Deli (Point of Contact: Astrid Morales,

astridmorales1984@yahoo.com; 408-998-2323, 2 N. Market St., San Jose, CA 95113) for the

members of the jury during deliberations effective May 13, 2013, until such time as a verdict is

rendered.

**IT IS SO ORDERED.**

Dated: 5/10/13

_Lucy H. Koh_

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE