**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALMA BURRELL, | ) | Case No.: 11-CV-4569-LHK |
|---|---|---|
| Plaintiffs, | ) ) | ORDER DENYING DEFENDANT'S |
| v. | ) ) | MOTION FOR JUDGMENT AS A MATTER OF LAW |
| COUNTY OF SANTA CLARA, | ) ) | |
| Defendant. | ) ) ) ) ) ) ) | |

At the May 10, 2013 Jury Instruction Conference, the Court DENIED Defendant's Motion for Judgment as a Matter of Law, ECF No. 153, for the reasons stated on the record.

**IT IS SO ORDERED.**

Dated: May 10, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-04569-LHK
ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW