UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA BURRELL,<br><br>       Plaintiffs,<br>v.<br><br>COUNTY OF SANTA CLARA,<br>       Defendant. | Case No.: 11-CV-4569-LHK<br><br>ORDER RE: DEFENDANT'S<br>OBJECTION TO THE VERDICT FORM |

On May 11, 2013, Defendant County of Santa Clara filed an Objection to the Verdict Form, ECF No. 164. Plaintiff has not filed any response.

In response to Defendant's objection, the Court proposes adding the following jury instruction No. 23, quoting language from *Roby v. McKesson Corp.*, 47 Cal. 4th 686, 702, 219 P.3d 749, 758 (2009) (quoting *Tavaglione v. Billings*, 4 Cal. 4th 1150, 1158–1159, 17 Cal. Rptr. 2d 608, 847 P.2d 574 (1993)):

> Double or duplicative recovery for the same items of damage amounts to overcompensation and is therefore prohibited.  In contrast, where separate items of compensable damage are shown by distinct and independent evidence, the plaintiff is entitled to recover the entire amount of her damages for each cause of action.

The parties shall file any objections to this proposed language, or any alternative proposed instructions, by 5:00 p.m., May 12, 2013.

**IT IS SO ORDERED.**

Dated: May 12, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-04569-LHK
ORDER RE: DEFENDANT'S OBJECTION TO THE VERDICT FORM