UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA BURRELL, ) | Case No.: 11-CV-04569-LHK |
| ) | |
| Plaintiffs, ) | ORDER RE: AMENDED JURY |
| v. ) | INSTRUCTION NO. 23 |
| ) | |
| COUNTY OF SANTA CLARA, ) | |
| ) | |
| Defendant. ) | |

In response to the parties' objections to the Court's proposed Jury Instruction No. 23, the Court proposes an amended Jury Instruction No. 23:

> The plaintiff is entitled to damages for each cause of action, if the damages are supported by distinct and independent evidence for each cause of action.

*See Roby v. McKesson Corp.*, 47 Cal. 4th 686, 702, 219 P.3d 749, 758 (2009) (quoting *Tavaglione v. Billings*, 4 Cal. 4th 1150, 1158–1159, 17 Cal. Rptr. 2d 608, 847 P.2d 574 (1993)).

The parties shall file any responses to this amended proposed Jury Instruction by 8:30 p.m., May 12, 2013. The parties shall appear at a pre-trial conference at 8:45 a.m. on May 13, 2013, to discuss this proposed Jury Instruction.

**IT IS SO ORDERED.**

Dated: May 12, 2013

_____
LUCY H. KOH
United States District Judge