UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA BURRELL, VICKYE HAYTER, MARGARET HEADD, <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, MARTY FENSTERSHEIB AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No.: 11-CV-04569-LHK <br><br> JUDGMENT |

Defendants' motion for summary judgment having been granted in part and denied in part, and a jury verdict entered in favor of Defendants on Plaintiff Burrell's surviving claims, judgment is now entered for Defendants against all Plaintiffs. The Clerk of the Court shall close the file.

Dated: May 17, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-04569-LHK
JUDGMENT